Nancy K. Swift (SBN: 014910)
BUCHALTER,
A PROFESSIONAL CORPORATION
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: nswift@buchalter.com

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>AZ CONTRACTING SERVICES LLC,<br>        Debtor(s),<br>FORD MOTOR CREDIT COMPANY LLC,<br>        Movant,<br>vs<br>AZ CONTRACTING SERVICES LLC,<br>        Respondent(s) | **Chapter 11**<br><br>**Case No.** 2:20-bk-06817 SHG<br><br>**MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASES**<br><br>*(Re: 2015 Ford F350 and 2017 Ford F350)* |

      COMES NOW Ford Motor Credit Company LLC ("Ford"), owner/lessor of vehicles being leased by AZ Contracting Services LLC, the vehicles being described as a 2015 Ford F350, VIN: 1FT8W3DT6FEC40673 and 2017 Ford F350, VIN: 1FT8W3DT3HED42547:

      1.     On or about September 7, 2015, Movant's assignor leased to the Debtor as lessee, a 2015 Ford F350, VIN: 1FT8W3DT6FEC40673 for the term of 60 months commencing September 7, 2015, at the monthly rental rate of $1,136.14. (See attached Lease Agreement marked as Exhibit "A").

2. On or about May 31, 2017, Movant's assignor leased to the Debtor as lessee, a 2017 Ford F350, VIN: 1FT8W3DT3HED42547 for the term of 60 months commencing May 31, 2017, at the monthly rental rate of $1,223.95. (See attached Lease Agreement marked as Exhibit "B").

3. On or about June 4, 2020, the Debtor filed a Petition under Chapter 11 of the Bankruptcy Code. Title 11 U.S.C., § 362, stays all persons from the commencement or continuation of any Court or other proceedings against the Debtor.

4. At this time, Ford does not know whether or not the Debtor will be applying to the Court for permission to either accept or reject the Leases. The Bankruptcy Code provides that a Chapter 11 Debtor may assume or reject an unexpired Lease of personal property "at any time before confirmation of a plan." 11 U.S.C., § 365(d)(2). The Court, however, may set an earlier deadline for the assumption or rejection of the lease or leases upon the request of any party to the agreement. (Id.) As such, it is Ford's position that the Debtor should be required at this time to state their intentions now. It is requested therefore, that the Court set a deadline for this statement and if not set forth in stated time frame that these leases should be deemed rejected, and the Debtor be required to surrender the property to Ford.

WHEREFORE, Ford therefore requests that the Court fix a time within which the Debtor shall apply to the Court for permission either to adopt or reject the leases; that in the event that the Debtor does not either assume or reject the leases by the time that the Court sets, then in that event, that the leases be deemed rejected and that the Debtor be required to surrender the possession of the vehicles to Ford within 48 hours. That if the vehicles are not turned over within 48 hours, that Ford therefore be permitted to retake and foreclose its property without any further leave of Court order and that the Stay, to the extent that it would still remain in effect after rejection of the leases, be vacated.

RESPECTFULLY SUBMITTED this 10th day of June, 2020.

                BUCHALTER

By: /s/ NKS - #014910
Nancy K. Swift
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Attorneys for Movant

COPY of the foregoing mailed this
10th day of June, 2020, to the following:

AZ Contracting Services LLC
16657 N. 173rd Avenue
Surprise, AZ 85388
Debtor

Shawn Aubrey McCabe
Wright Law Offices
2999 N. 44th St., Suite 600
Phoenix, AZ 85018
Attorney for Debtor

Renee Sandler Shamblin
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, Arizona 85003
Attorney for U.S. Trustee

All Parties listed on the Master Mailing List

*/s/ Cathy C. Bohnsack*