# EXHIBIT "A"



SUPPLEMENT TO
COMMERCIALEASE MASTER LEASE AGREEMENT (TRAC)

THIS IS A SUPPLEMENT (this "Supplement") to the CommercialLease Master Lease Agreement (TRAC) dated ____09/07/2015____ (the "Lease Agreement") between Ford Motor Credit Company LLC, CML East LLC and CML West LLC (each a "Lessor" with respect to those Leased Vehicles titled in the name of and specifically allocated to such entity in a Supplement) and AZ CONTRACTING SERVICES LLC _____ ("Lessee").

Capitalized terms used in this Supplement have the same meaning as in the Lease Agreement, unless otherwise defined herein. Subject to the terms and conditions of the Lease Agreement, which are incorporated herein by reference, Lessor and Lessee agree as follows:

1. **Effective Date**. Lessor and Lessee agree this Supplement is effective as of ____09/07/2015____ ("Supplement Date").

2. **Leased Vehicles**. The Leased Vehicles described in this Supplement have been delivered to and accepted by Lessee in good condition with the indicated mileage. The terms and conditions of this Supplement apply solely to the Lease Vehicles described herein. Lessee hereby certifies, under penalty of perjury, that Lessee intends that more than fifty percent (50%) of the use of each Leased Vehicle is to be used in a trade or business of Lessee. Lessee is hereby advised that Lessee will not be treated as the owner of the Leased Vehicles for Federal income tax purposes.

3. **Lease Terms and Charges**. Beginning on the Commencement Date indicated for each Leased Vehicle, Lessee will pay Lessor the Lease Charge on the Payment Due Day of each month of the specified Lease. Interim Lease Charges will be assessed for the period between the Supplement Date and the Commencement Date (the "Interim Lease Term") and will be shown on the billing statement.

4. **Assignment**. Lessor notifies Lessee that it intends to assign to QI Exchange, LLC Lessor's rights (but not its obligations) with respect to the purchase of the Leased Vehicles and the sale of the Leased Vehicles upon termination.

5. **Reaffirmation of Lessee's Warranties**. Lessee reaffirms that its representations and warranties set forth in the Lease Agreement are true and correct on the Supplement Date.

6. **Capitalized Cost of Leased Vehicles**. This Supplement includes a total of __1__ Leased Vehicles with a combined capitalized cost of $____62,949.00____ as detailed in the following Leased Vehicle Description and Lease Terms.

7. **Counterparts**. This Supplement may be executed in any number of counterparts, each of which, when so executed will be deemed to be an original, and all of which taken together will constitute one and the same agreement. Execution and delivery by facsimile signature will constitute valid and sufficient delivery.

---

**NOTICE:** The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by Section 324.021(7) and 627.736, Florida Statutes.

---

FC 17090 17090 APP  March 2012 (previous editions may not be used)       01-6-10027411    Page 1 of 3

Case 2:20-bk-06817-SHG    Doc 29-1    Filed 06/10/20    Entered 06/10/20 15:42:10    Desc
Exhibit Exhibit A & B    Page 2 of 10

## LEASED VEHICLE DESCRIPTION AND LEASE TERMS

### VEHICLE #1
### LESSOR: Ford Motor Credit Company LLC

#### VEHICLE INFORMATION AND PERIODIC LEASE CHARGES

Description:
Age: NEW
Year: 2015
Make: Ford
Model: Super Duty F-350 DRW
VIN: 1FT8W3DT6FEC40673
Style: 4WD Crew Cab 172" Lariat
Capitalized Cost: $62,949.00
Assumed Residual: $6,294.90 (10%)
Mileage at Delivery: 97

Lease Program Type: TRAC
FS Offering Number: 09-07-2225
Lease Term: Interim Lease Term + 60 Months
Commencement Date: 10/01/2015
Payment Due Day: 1 day of the month
Periodic Payment Method: Monthly
Payment Timing: Advance
Security Due: $0.00
60 Lease Charge(s) @ $1,136.14
Above excludes all taxes disclosed below and other Charges.

#### TAX AND BILLING ADDRESS INFORMATION

Garaging / Tax Location:
Address: 16657 N 173RD AVENUE
City: Surprise
County: MARICOPA
State: AZ
ZIP: 85388

| Tax Type, Present Rate | Tax Amount, $ |
|---|---|
| [City] Rental Tax, 0.000% | [City] Rental Tax, $0.00 |
| [County] Rental Tax, 0.000% | [County] Rental Tax, $0.00 |
| [State] Rental Tax, 0.000% | [State] Rental Tax, $0.00 |
| [Other] Tax, 0.000% | [Other] Tax, $0.00 |

Billing / Invoice Address:
Address: 16657 N 173RD AVENUE
City: Surprise
County: MARICOPA
State: AZ
ZIP: 85388

[X] Verify Garaging/Tax Location and Billing/Invoice Address

Lessor and Lessee have duly executed this Supplement as of the Supplement Date intending to be legally bound hereby.

LESSOR:

FORD MOTOR CREDIT COMPANY LLC on behalf of itself, and as authorized representative of CML East LLC and CML West LLC

By: *[signature]*
Name: Jana Offiler
Title: TL finding

LESSEE:

AZ CONTRACTING SERVICES LLC

By: *[signature]*
Name: Bill Thomas
Title: Managing Member

[SIGNATURE PAGE TO SUPPLEMENT
TO COMMERCIALEASE MASTER LEASE AGREEMENT (TRAC)]

# ARIZONA CERTIFICATE OF TITLE

**ADOT** Motor Vehicle Division
48-7200 R05/14 azdot.gov

Inventory Control: 30229947

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1FT8W3DT6FEC40673 | 2015 | FORD | | 1TPU |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 10/2015 | 056755 | | |

FORD MOTOR CREDIT COMPANY
P O BOX 105704
ATLANTA GA 30348

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 90E1015274002 | 10012015 | Q27490E102 | 0000097 A |

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| MCO | | 00000000 | ORIGINAL | A - Actual Mileage<br>B - Mileage in excess of the odometer mechanical limits<br>C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |

Arizona Brands

Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands

**Owners/Lessees**

AZ CONTRACTING SERVICES — LESSEE

FORD MOTOR CREDIT COMPANY — LESSOR

**Lienholders**

**LIEN RELEASE**

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

# EXHIBIT "B"



## SUPPLEMENT TO
## COMMERCIALEASE MASTER LEASE AGREEMENT (TRAC)

THIS IS A SUPPLEMENT (this "Supplement") to the CommerciaLease Master Lease Agreement (TRAC) dated 09/07/2015 (the "Lease Agreement") between Ford Motor Credit Company LLC, and in certain cases including its former subsidiaries CML East LLC and CML West LLC, (each a "Lessor" with respect to those Leased Vehicles titled in the name of and specifically allocated to such entity in a Supplement) and AZ CONTRACTING SERVICES LLC ("Lessee").

Capitalized terms used in this Supplement have the same meaning as in the Lease Agreement, unless otherwise defined herein. Subject to the terms and conditions of the Lease Agreement, which are incorporated herein by reference, Lessor and Lessee agree as follows:

1. **Effective Date.** Lessor and Lessee agree this Supplement is effective as of 05/31/2017 ("Supplement Date").

2. **Leased Vehicles.** The Leased Vehicles described in this Supplement have been delivered to and accepted by Lessee in good condition with the indicated mileage. The terms and conditions of this Supplement apply solely to the Lease Vehicles described herein. Lessee hereby certifies, under penalty of perjury, that Lessee intends that more than fifty percent (50%) of the use of each Leased Vehicle is to be used in a trade or business of Lessee. Lessee is hereby advised that Lessee will not be treated as the owner of the Leased Vehicles for Federal income tax purposes.

3. **Lease Terms and Charges.** Beginning on the Commencement Date indicated for each Leased Vehicle, Lessee will pay Lessor the Lease Charge on the Payment Due Day of each month of the specified Lease. Interim Lease Charges will be assessed for the period between the Supplement Date and the Commencement Date (the "Interim Lease Term") and will be shown on the billing statement.

4. **Assignment.** Lessor notifies Lessee that it intends to assign to QI Exchange, LLC Lessor's rights (but not its obligations) with respect to the purchase of the Leased Vehicles and the sale of the Leased Vehicles upon termination.

5. **Reaffirmation of Lessee's Warranties.** Lessee reaffirms that its representations and warranties set forth in the Lease Agreement are true and correct on the Supplement Date.

6. **Capitalized Cost of Leased Vehicles.** This Supplement includes a total of 1 Leased Vehicles with a combined capitalized cost of $ 73,320.00 as detailed in the following Leased Vehicle Description and Lease Terms.

7. **Counterparts.** This Supplement may be executed in any number of counterparts, each of which, when so executed will be deemed to be an original, and all of which taken together will constitute one and the same agreement. Execution and delivery by facsimile signature will constitute valid and sufficient delivery.

---

NOTICE: The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by Section 324.021(7) and 627.736, Florida Statutes.

---

## LEASED VEHICLE DESCRIPTION AND LEASE TERMS

### VEHICLE #1
### LESSOR: Ford Motor Credit Company LLC

#### VEHICLE INFORMATION AND PERIODIC LEASE CHARGES

Description:
Age: NEW
Year: 2017
Make: Ford
Model: Super Duty F-350 DRW
VIN: 1FT8W3DT3HED42547
Style: King Ranch 4WD Crew Cab 8' Box
Capitalized Cost: $73,320.00
Assumed Residual: $14,664.00 (20%)
Mileage at Delivery: 14

Lease Program Type: TRAC
FS Offering Number: 05-31-2039
Lease Term: Interim Lease Term + 60 Months
Commencement Date: 06/01/2017
Payment Due Day: 1 day of the month
Periodic Payment Method: Monthly
Payment Timing: Advance
Security Due: $0.00
60 Lease Charge(s) @ $1,223.95
Above excludes all taxes disclosed below and other Charges.

#### TAX AND BILLING ADDRESS INFORMATION

Garaging / Tax Location:
Address: 16657 N 173RD AVE
City: Surprise
County: MARICOPA
State: AZ
ZIP: 85388

| Tax Type, Present Rate | Tax Amount, $ |
|---|---|
| [City] Rental Tax, 0.000% | [City] Rental Tax, $0.00 |
| [County] Rental Tax, 0.000% | [County] Rental Tax, $0.00 |
| [State] Rental Tax, 0.000% | [State] Rental Tax, $0.00 |
| [Other] Tax, 0.000% | [Other] Tax, $0.00 |

Billing / Invoice Address:
Address: 16657 N 173RD AVE
City: Surprise
County: MARICOPA
State: AZ
ZIP: 85388

[X] Verify Garaging/Tax Location and Billing/Invoice Address

Lessor and Lessee have duly executed this Supplement as of the Supplement Date intending to be legally bound hereby.

| | |
|---|---|
| LESSOR: | LESSEE: |
| FORD MOTOR CREDIT COMPANY LLC | AZ CONTRACTING SERVICES LLC |
| By: _____ | By: *(signature)* |
| Name: _____ | Name: Linda Thomas |
| Title: _____ | Title: Controller |

[SIGNATURE PAGE TO SUPPLEMENT
TO COMMERCIALEASE MASTER LEASE AGREEMENT (TRAC)]



# ARIZONA CERTIFICATE OF TITLE

**ADOT** Motor Vehicle Division
48-7200 R01/16 azdot.gov

Inventory Control: 35444213

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1FT8W3DT3HED42547 | 2017 | FORD | F350 | 1TPU |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 00/0000 | 041790 | | |

FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA GA 30348

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 23E1017201009 | 07202017 | S20123E105 | 0000014 A |

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| MCO | | 00000000 | ORIGINAL | |

Arizona Brands

| Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands |
|---|---|---|---|

Owners/Lessees

AZ CONTRACTING SERVICES — LESSEE
FORD MOTOR CREDIT COMPANY — LESSOR

Lienholder(s) as of print date. (Additional liens may exist. Check Motor Vehicle Inquiry on http://servicearizona.com to find all current liens.)

**LIEN RELEASE**

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | |
|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED